CARRIE KINGMAN
*v.*
THE PEOPLE *ex rel.* D. C. Gannaway, County Collector.

*Opinion filed April 16, 1902.*

This case is controlled by the decision in *Craig* v. *People ex rel.* 193 Ill. 199.

WRIT OF ERROR to the County Court of Coles county; the Hon. JOHN P. HARRAH, Judge, presiding.

JAMES W. & EDWARD C. CRAIG, for plaintiff in error.

Per CURIAM: This case is in all respects like that of *Craig* v. *People ex rel.* 193 Ill. 199, and it is stipulated by the parties that it should be submitted on the same briefs and arguments filed in that case. The result must be the same, and for the reasons stated in the opinion in that case the judgment of the county court will be reversed and the cause remanded.        *Reversed and remanded.*